JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, SOUTHERN CALIFORNIA IBEW-NECA ADMININSTRATIVE CORPORATION, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CERTIFIED CRANE SERVICES, INC., a California corporation,<br><br>               Defendant. | CASE NO.: 2:24-cv-05619-DSF-AJR<br><br>ASSIGNED TO THE HONORABLE DALE S. FISCHER<br><br>**JUDGMENT** |

1

This action having been commenced on July 2, 2024, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the National Electrical Benefit Fund, Southern California IBEW-NECA Administrative Corporation, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Certified Crane Services, Inc., a California corporation, the principal amount of $144,154.88, plus pre-judgment and post-judgment interest calculated at 8% per annum from July 21, 2025, until paid in full.

Dated: August 4, 2025

_____
Honorable Dale S. Fischer
United States District Judge